IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| CHAVIS NICHOLLS and FALON NICHOLLS,<br><br>Plaintiffs,<br><br>vs.<br><br>MOUNTAIN WEST FARM BUREAU MUTUAL INSURANCE COMPANY,<br><br>Defendant. | CV 17-63-BLG-TJC<br><br>**ORDER** |

Before the Court is plaintiffs Chavis Nicholls and Falon Nicholls' ("Plaintiffs") Unopposed Motion to Vacate Status Conference. (Doc. 36.) Plaintiffs represent that the parties have reached a confidential settlement, and the status conference to set a trial schedule is no longer required. Accordingly,

IT IS ORDERED that Plaintiffs' motion is **GRANTED**. The telephonic status conference set for July 10, 2018, is hereby **VACATED**.

IT IS FURTHER ORDERED that the parties shall file a joint stipulation for dismissal on or before August 8, 2018.

DATED this 9th day of July, 2018.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge