IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| CHAVIS NICHOLLS and FALON NICHOLLS,<br><br>Plaintiffs,<br><br>vs.<br><br>MOUNTAIN WEST FARM BUREAU MUTUAL INSURANCE COMPANY,<br><br>Defendant. | CV 17-63-BLG-TJC<br><br>**ORDER** |

On July 9, 2018, the Court vacated a scheduled status conference due to plaintiffs Chavis Nicholls and Falon Nicholls' representation that the parties have reached a confidential settlement. (Docs. 36, 37.) The Court then ordered the parties to file a joint stipulation for dismissal on or before August 8, 2018. No stipulation for dismissal having been filed by either party,

IT IS ORDERED that, on or before **September 14, 2018**, the parties shall file either a joint stipulation for dismissal or a joint status report indicating the progress in finalizing their settlement.

DATED this 31st day of August, 2018.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge

1